**No. 54971.**—Associated Merchandising Corp. et al. *v.* United States, protests 96842–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.